## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__   DISTRICT OF   __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.**   1:06cv435 (GLS/DRH)

**GEORGE MERCIER,**

        **Plaintiff(s),**

v.

**GEORGE PATAKI, and THOMAS VOELKLE,**

        **Defendant(s).**

_____   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__x__   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff's IFP application is granted and the action is dismissed pursuant to 28 USC § 1915(e)(2)(B), all in accordance with the Decision & Order of the Hon. Gary L. Sharpe, US District Judge dd 4/21/06

*[signature]*
Clerk of Court

**DATE: April 21, 2006**

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK